*Russell & Arritt, for appellants.*

*R. H. Rountree, J. P. Thompson, for appellee.*

---

D. SMITH, *alias* PRATHER, *v.* COMMONWEALTH.

**Criminal Law—Forgery.**

> An allegation in an indictment that the accused falsely and fraudulently forged the name of a given person by signing his name to a certain paper, is not good. The charge should show that the name was signed by the accused without the knowledge, consent or authority of the person whose name was used.

APPEAL FROM GARRARD CIRCUIT COURT.

October 14, 1879.

OPINION BY JUDGE HINES:

The allegation in the indictment that appellant falsely and fraudulently "forged" the name of Rus Harris, by signing his name to a certain paper, is not good. This is only the statement of a legal conclusion, and is not a compliance with the requirements of the Code that the acts constituting the offense shall be stated in ordinary language, etc. It is not enough that it may be inferentially determined from the charge in the indictment that the name of Rus Harris was signed by appellant to the writing without the knowledge, consent or authority of Harris. The fact must be specifically alleged. *Stowers v. Commonwealth,* 12 Bush 342; *Commonwealth v. Williams,* 13 Bush 267. For the reason indicated the indictment is fatally defective, and the court should have sustained the demurrer.

Judgment *reversed* and cause remanded with directions for further proceedings consistent with this opinion.

*Walton & Kauffman, for appellant.    Hardin, for appellee.*